## WINDHAM COUNTY, ADJOURNED SUPERIOR COURT, FEBRUARY, A. D. 1771.

### BUEL v. CLARK ET AL.

Lands left by the proprietors in the original laying out of the lots, for the use of highways, belong to the proprietors, if not wanted for that use.

ACTION of trespass. The case was — The proprietors of the town of Coventry in the original laying of their lots, at a certain place, left a strip of land forty rods wide, for the use of a highway; afterwards, another ten acre division was to be

laid out, and Peter Buel ancestor of the plaintiff, requested to have his lot laid in that place on the highway, which was accordingly done, and the highway reduced to twenty rods in width; this lot of land afterwards came to the plaintiff, and he fenced it in; and the selectmen pulled down the fence, and for that, this action is brought — And not guilty plead — Issue to the jury.

The question was, whether lands left for a highway by the proprietors in the original laying out of their lots, that are not wanted for the use of a highway, belong to the proprietors or the town, and may be taken up by the proprietors and laid out into lots; or whether they belong to the town — by court and jury they belong to the proprietors — and verdict and judgment was for the plaintiff to recover accordingly.